## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANN M. STOCK, D.C., RICHARD C. COY, D.C., and COY CHIROPRACTIC HEALTH CENTER, P.C., individually and on behalf of others similarly situated,<br><br>                      Plaintiffs<br><br>v.<br><br>INTEGRATED HEALTH PLAN, INC.,<br><br>                      Defendant. | Case No. 3:06-cv-215-DRH |

## PLAINTIFFS' FIRST SET OF REQUESTS TO ADMIT

Pursuant to F. R. Civ. P. 26 and 36, plaintiffs request that Defendant admit the truth of the following matters within 30 days.

## REQUESTS

1. Exhibit 1 to the Complaint is a pre-printed form agreement that was used by Integrated Health Plan, Inc. to contract with providers.

2. Exhibit 2 to the Complaint is a pre-printed form agreement that was used by Integrated Health Plan, Inc. to contract with providers.

3. The footer on Exhibit 1 to the Complaint that reads "Rev. 4 11/1/99" is an identifier of the form agreement of which it is a part.

4. The footer on Exhibit 2 to the Complaint that reads "Rev 2 10/1/97" is an identifier of the form agreement of which it is a part.

5. The footer on Exhibit 1 to the Complaint that reads "Rev. 4 11/1/99" reflects that this was the fourth revision to the Integrated Health Plan, Inc. form provider agreement and that it was put into use on or about November 1, 1999.

6. The footer on Exhibit 2 to the Complaint that reads "Rev. 2 10/1/97" reflects that this was the second revision to the Integrated Health Plan, Inc. form provider agreement and that it was put into use on or about November 1, 1997.

7. All Integrated Health Plan, Inc. form agreements bearing the footer "Rev. 4 11/1/99" contain a provision that states that "IHP agrees that all Payors offer financial incentives/benefits for Covered Persons to utilize the IHP Network. Financial incentives/benefits include waiving individual or family deductibles and/or reducing coinsurance via benefit differentials or shared savings arrangements."

8. All Integrated Health Plan, Inc. form agreements bearing the footer "Rev. 2 10/1/97" contain a provision that states that "IHP agrees that all Payors offer financial incentives/benefits for Covered Persons to utilize the IHP Network. Financial incentives/benefits include waiving individual or family deductibles and/or reducing coinsurance via benefit differentials or shared savings arrangements."

9. All Integrated Health Plan, Inc. printed form agreements contain a provision that states that "IHP agrees that all Payors offer financial incentives/benefits for Covered Persons to utilize the IHP Network. Financial incentives/benefits include waiving individual or family deductibles and/or reducing coinsurance via benefit differentials or shared savings arrangements."

10. Not all Integrated Health Plan, Inc. printed form agreements contain a provision that states that "IHP agrees that all Payors offer financial incentives/benefits for Covered Persons to utilize the IHP Network. Financial incentives/benefits include waiving individual or family deductibles and/or reducing coinsurance via benefit differentials or shared savings arrangements."

11. All IHP payors offer financial incentives for Covered Persons to utilize the IHP Network.

12. Not all IHP payors offer financial incentives for Covered Persons to utilize the IHP Network.

13. IHP requires that every IHP payor offer financial incentives/benefits for Covered Persons to utilize the IHP Network.

14. IHP does not require that every IHP payor offer financial incentives/benefits for Covered Persons to utilize the IHP Network.

## DEFINITIONS

In addition to their usual and customary meanings, the following terms, including any derivations thereof, be defined as follows and apply to your responses to these Requests:

1. The terms "IHP" or "Defendant" means defendant Integrated Health Plan, Inc., and shall also include all parents, subsidiaries, affiliates (including but not limited to indirect corporate affiliates), officers, directors, employees, agents, counsel and representatives thereof.

2. The terms "you" and "your" mean Defendant.

3. The term "person" shall include entities.

4. The term Complaint refers to the Class Action Complaint filed herein.

## RELEVANT TIME PERIOD

Unless otherwise stated, these Requests refer to each year during the Class period, or from February 23, 1996 through the present (the "Relevant Time Period").

Dated: June 8, 2006

Respectfully Submitted
ANN M. STOCK, D.C., RICHARD C. COY, D.C., and COY CHIROPRACTIC HEALTH CENTER, Class Plaintiffs,

By: s/ Jeffrey A. J. Millar_____
One of Their Attorneys

Paul M. Weiss #6217260
Jonathan B. Piper #6196071
**FREED & WEISS LLC**
111 West Washington Street, Suite 1331
Chicago, Illinois 60602
Phone: (312) 220-0000
Fax: (312) 220-7777

Bradley M. Lakin #6243318
Richard J. Burke #6255504
Robert Schmeider #6239631
Jeffrey A.J. Millar #6271673
**THE LAKIN LAW FIRM, P.C.**
300 Evans Avenue
P.O. Box 229
Wood River, Illinois  62095
Phone : (618) 254-1127

Kevin T. Hoerner
**BECKER, PAULSON, HOERNER, & THOMPSON, P.C.**
5111 West Main Street
Belleville, IL  62226
Phone : (618) 235-0020
Fax : (618 235-8558

**Attorneys for Plaintiff
and the Class**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ANN M. STOCK, D.C., RICHARD C. COY, D.C., and COY CHIROPRACTIC HEALTH CENTER, P.C., individually and on behalf of others similarly situated,<br><br>                              Plaintiffs,<br><br>     v.<br><br>INTEGRATED HEALTH PLAN, INC.,<br><br>                              Defendant. | Case No. 3:06-cv-00215-DRH |

**Certificate of Service**

    I hereby certify that on June 8, 2006 I electronically filed Plaintiffs' First Set of Requests to Admit, with the Clerk of Court using the CM/ECF system, which will send notification of such filings(s) to the following:

    Michael Kendall mkendall@mwe.com

    Lauren M. Papenhausen lpapenhausen @mwe.com

    John M. Richardson jmrichardson@mwe.com

                                               Respectfully submitted,
                                               s/ Jeffrey A. J. Millar
                                               The Lakin Law Firm
                                               300 Evans Ave., P.O. Box 229
                                               Wood River, IL 62095
                                               Phone: (618) 254-1127
                                               Fax: (618)254-3032
                                            E-mail: jeffm@lakinlaw.com