IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ANN M. STOCK, D.C., RICHARD C. COY, D.C., and COY CHIROPRACTIC HEALTH CENTER, P.C., individually and on behalf of others similarly situated,**

    **Plaintiffs,**

    **v.**

**INTEGRATED HEALTH PLAN, INC.,**

    **Defendant.**

**Case No. 3:06-cv-00215-DRH**

## ORDER

**HERNDON, District Judge:**

Before the Court is Plaintiffs' Motion for Extension of Time to file a response to Defendant's motion to transfer venue. (Doc. 23.) The Court **GRANTS** Plaintiffs' unopposed motion. (Doc. 23.) Plaintiffs shall have until July 13, 2006 to respond to Defendant's motion to transfer (Doc. 17).

**IT IS SO ORDERED**.

Signed this 6th day of July, 2006.

                /s/      David   RHerndon
                **United States District Judge**