IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ANN M. STOCK, D.C.; RICHARD C. COY, D.C.; and COY CHIROPRACTIC HEALTH CENTER, P.C., individually and on behalf of others similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | NO. 3:06-cv-00215-DRH-DGW |
| -vs- | ) ) | |
| INTEGRATED HEALTH PLAN, INC., | ) ) | |
| Defendant. | ) | |

## **ORDER**

This matter comes before the Court on Defendant's Motion for Leave to File a Brief in Excess of Thirty Pages, and the Court being fully advised, hereby GRANTS said Motion. Defendant is allowed to file a Brief in opposition to Plaintiffs' Motion for Class Certification consisting of thirty-five pages.

DATED: March 5, 2007.

/s/            David  RHerndon
UNITED STATES DISTRICT JUDGE