IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANN M. STOCK, D.C.; RICHARD C. COY, D.C.; and COY CHIROPRACTIC HEALTH CENTER, P.C., individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> -vs- <br><br> INTEGRATED HEALTH PLAN, INC., <br><br> Defendant. | ) ) ) ) ) ) ) NO. 3:06-cv-00215-DRH-DGW ) ) ) ) ) ) ) |

## **ORDER**

This matter comes before the Court on Defendant's Motion for Hearing on Class Certification, and the Court being fully advised, hereby GRANTS said Motion. A hearing on said Motion is set for August 16, 2007 at 9:30 a.m. before Judge David R. Herndon.

DATED: March 23, 2006

/s/            David  RHerndon
UNITED STATES DISTRICT JUDGE