IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ANN M. STOCK, D.C., RICHARD C. COY,
D.C., and COY CHIROPRACTIC HEALTH
CENTER, P.C., individually and on behalf of
others similarly situated,**

**Plaintiffs,**

**v.**

**INTEGRATED HEALTH PLAN, INC.,**

**Defendant.**                                                    No. 06-CV-00215-DRH

## ORDER OF DISMISSAL

**HERNDON, Chief Judge:**

This Order hereby **ACKNOWLEDGES** the Parties' Stipulation of Dismissal With Prejudice (Doc. 149), filed pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41**. Accordingly, the Court **DISMISSES WITH PREJUDICE** all Plaintiffs' claims against Defendant in this case. Judgment shall be entered accordingly.

**IT IS SO ORDERED.**

Signed this 4th day of December, 2007.

/s/      *David R Herndon*
**Chief Judge
United States District Court**