IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANN M. STOCK, D.C., RICHARD C. COY,
D.C., and COY CHIROPRACTIC HEALTH
CENTER, P.C., individually and on behalf of
others similarly situated,

        Plaintiffs,

        vs.        Cause No. 06-CV-215 DRH

INTEGRATED HEALTH PLAN, INC.,

        Defendant.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.----------------------------------------------------------------------------

        **NORBERT G. JAWORSKI, CLERK**

December 21, 2007        By:   s/Patricia Brown
                Deputy Clerk

APPROVED: /s/   *David R Herndon*
        **CHIEF JUDGE**
        **U.S. DISTRICT COURT**